JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
  jml@jmllaw.com
D. AARON BROCK, STATE BAR NO. 241919
  aaron@jmllaw.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
  cbrandes@jmllaw.com
**JML Law, A Professional Law Corporation**
21052 Oxnard Street
Woodland Hills, CA 91367
**Attorneys for Plaintiff**
ALEJANDRA ZUNIGA

ELIZABETH NGUYEN
  ENguyen@littler.com
SARAH E. ROSS
  SRoss@littler.com
**LITTER MENDLESON, P.C.**
2049 Century Park East
5th Floor
Los Angeles, CA 90067
**Attorney for Defendant**
Wal-Mart Associates, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ZUNIGA, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 15-CV-07909-RGK (AJWx)<br><br>**[~~PROPOSED~~] ORDER TO DISMISS** |

---

1
**[PROPOSED] ORDER TO DISMISS**

1  In accordance to the parties' stipulation, the action is hereby dismissed with
2  prejudice, with each to bear its own respective costs and fees.
3  **IT IS SO ORDERED**.

5  DATED: May 12, 2016          By: _____
6                                     Hon. R. Gary Klausner
                                     United States District Judge

Firmwide:140124979.1 080000.1126
5/11/16